**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-1213**

_____

KEMIL A. MESAYS,

                                    Plaintiff - Appellant,

        versus

JOHN ASHCROFT, Attorney General,

                                    Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, District Judge.  (CA-
02-3436-DKC)

_____

Submitted:  May 15, 2003            Decided:  May 20, 2003

_____

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Kemil A. Mesays, Appellant Pro Se.  Thomas Michael DiBiagio, United
States Attorney, Ariana Wright Arnold, OFFICE OF THE UNITED STATES
ATTORNEY, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kamil A. Mesays appeals the district court's order dismissing his civil rights action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Mesays v. Ashcroft</u>, No. CA-02-3436-DKC (D. Md. filed Feb. 4, 2003 & entered Feb. 5, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>